

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Amanda Faith Atkinson     3373053

*(Enter above the full name of the plaintiff or plaintiffs in this action).*     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     **CIVIL ACTION NO.** 2:18-cv-01518
*(Number to be assigned by Court)*

South Central Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I.**    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____     No __✓__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** _____

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓   No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓   No ____

    C. If you answer is YES: (~~attached here~~ Sent all copies of grievencess)

        1. What steps did you take? _I wrote several grievances, gave where I was diagnosed, address and number, told the Dr._

        2. What was the result? _No difference. Gluten Free trays with gluten all on the trays._

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _Amanda Atkinson #3373053_

       Address: _South Central Regional Jail, 1001 Centre Way, Charleston, WV 25309_

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

is employed as: _____

at _____

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have chronic celiac disease. I have been here for almost 2 months. I told them in booking when I was being processed that I have celiac disease and can only eat gluten free food. I have wrote and told Medical. I was locked down for "observation" for 24 hrs because my mother called the jail and said it was against the law to not give me a gluten free tray.

4

**IV.    Statement of Claim (continued):**

While being locked down for observation, I never received a gluten free tray once. I've wrote several grievences which were ignored or just asked who diagnosed me. I gave Drs. names addresses and phone numbers. I wrote the counselors nothing has been done. The response to the last grievence was kitchen has been told again and they ordered me gluten free trays and theres nothing medical can do. Then they rejected my grievence. My hands and feet keep going numb and I feel horrible and my hands are swelling.

**V.    Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I want to receive compensation for now almost 2 months of eating gluten because my health is deteroriating. I want to be fed a gluten free tray.

V.  **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _I dont have the money to hire a lawyer for this case_

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __X__

6

If so, state the lawyer's name and address:

_____

_____

Signed this _6th_ day of _December_, 20_18_.

_____[signature]_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/6/18__.
(Date)

_____[signature]_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7